# EXHIBIT

# A

# Action Against Professor Thomas Hubbard

Thomas K Hubbard is a professor in the UT Classics Department who has ties to the University of Texas dating back to 1985. He became a tenured Professor of Classics in 2008.

Hubbard's time at UT has been filled with academic controversy. He has been published by NAMBLA (known pedophelic organization), advocated on behalf of scholars who attempt to defend pedophelia, and taught a class called "Mythology of Rape" that was banned by the University after one semester.

Students are currently working together to organize against Professor Hubbard and let UT know we don't want pedophile sympathizers on campus. Join us!

Learn more about Hubbard's history of rape and pedophile advocacy here:
bit.ly/HubbardHasToGo

* Required

Would you like to be informed about actions being organized against Professor Hubbard?

◯ Yes

◯ No

Name:

Your answer

Email: *