UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD, | ) |
| *Plaintiff*, | ) |
| | ) No. 1:20-cv-1140 |
| v. | ) |
| HOLLIE GREEN, | ) |
| *Defendant*. | ) |

**PARTIES' STIPULATION REGARDING SERVICE
AND TIME TO RESPOND TO COMPLAINT**

### I. Background

1. Plaintiff Dr. Thomas Hubbard ("Plaintiff") believes that Defendant Hollie Green was properly served with a copy of the Complaint on November 24, 2020, and that her deadline to respond under Rule 12 would therefore be December 15, 2020.

2. Defendant Hollie Green ("Defendant") does not believe that she was properly served. Defendant's counsel is willing to accept service, however, provided the parties stipulate to a later deadline to answer or otherwise respond to the Complaint under Rule 12.

### II. Stipulation

3. In light of the above, the parties agree and stipulate as follows:

    a. Defendant's deadline to answer or otherwise respond (including by motion) to Plaintiff's Complaint is agreed to be January 22, 2020.

    b. Defendant hereby accepts service through her counsel, and will not challenge the sufficiency of service, subject to the agreed response date set out above.

Respectfully submitted,

THOMPSON COBURN LLP


By  */s/ Jennifer R. Ecklund*
Jennifer R. Ecklund, TX – 24045626
jecklund@thompsoncoburn.com
John P. Atkins, TX – 24097326
jatkins@thompsoncoburn.com
2100 Ross Avenue
Suite 600
Dallas, Texas 75201
972-629-7100
FAX 972-629-7171

Attorneys for Defendant


AGREED AS TO FORM AND SUBSTANCE

| */s/ Joseph D. Sibley*_____ | */s/ Jennifer R. Ecklund*_____ |
|---|---|
| Joseph D. Sibley | Jennifer R. Ecklund, TX – 24045626 |
| State Bar No. 24047203 | THOMPSON COBURN LLP |
| sibley@camarasibley.com | jecklund@thompsoncoburn.com |
| Camara & Sibley LLP | 2100 Ross Avenue |
| 1108 Lavaca St. | Suite 600 |
| Suite 110263 | Dallas, TX 75201 |
| Austin, TX 78701 | 972-629-7100 |
| Telephone: (713) 966-6789 | FAX 972-629-7171 |
| Fax: (713) 583-1131 | |
| | |
| *For Plaintiff Dr. Thomas Hubbard, PhD* | *For Defendant Hollie Green* |