# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| DR. THOMAS HUBBARD, PhD,<br><br>   *Plaintiff*,<br><br>v.<br><br>HOLLIE GREEN,<br><br>   *Defendant*. | Case No. 1:20-cv-1140-RP |

## JOINT STIPULATED DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dr. Thomas Hubbard, PhD ("Plaintiff") and Defendant Hollie Green ("Defendant") hereby file their Joint Stipulated Dismissal With Prejudice as follows:

The Parties hereby stipulate that that all affirmative claims for relief brought in the above-referenced case should be DISMISSED WITH PREJUDICE as to refiling same. Each Party shall bear their own attorneys' fees and costs. The Parties request that this case be removed from the Court's docket and the case closed.

Respectfully submitted,

CAMARA & SIBLEY LLP

/s/ Joseph D. Sibley_____
Joseph D. Sibley
State Bar No. 24047203
sibley@camarasibley.com

1

        Camara & Sibley LLP
        1108 Lavaca St
        Suite 110263
        Austin, Texas 78701
        Telephone: (713) 966-6789
        Fax: (713) 583-1131

        **ATTORNEYS FOR PLAINTIFF**

        *s/ John P. Atkins*
        John P. Atkins
        Texas Bar No. 24097326
        jatkins@thompsoncoburn.com
        Jennifer R. Ecklund
        Texas Bar No. 24045626
        jecklund@thompsoncoburn.com

        **THOMPSON COBURN LLP**
        2100 Ross Ave, Suite 600
        Dallas, Texas 75201
        (214) 629-7100
        (214) 629-7171 (facsimile)

        ***ATTORNEYS FOR DEFENDANT HOLLIE GREEN***

## CERTIFICATE OF SERVICE

This is to certify that on this the 21st day of July, 2021, a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record via ECF.

        /s/ Joe Sibley
        Joe Sibley